*efiled 8/6/07

1  BARRY J. PORTMAN
   Federal Public Defender
2  NICHOLAS P. HUMY
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant RAMIREZ-CORONA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 07-00188 JF |
|---|---|---|
| Plaintiff, | ) | **STIPULATION TO CONTINUE** |
| v. | ) | **HEARING; [PROPOSED] ORDER** |
| JULIO CESAR RAMIREZ-CORONA, | ) | |
| Defendant. | ) | |

Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the hearing date in the above-captioned matter, presently scheduled for Wednesday, August 1, 2007, at 9:00a.m., be continued to Wednesday, August 22, 2007, at 9:00a.m. The request for the continuance is a result of ongoing defense investigation.

The parties further agree and stipulate that time should be excluded from August 1, 2007 through and including August 22, 2007, for ongoing defense investigation, pursuant to Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (B)(iv).  Accordingly, the United States and the defendant agree that granting the requested exclusion of time will serve the interest of justice and outweigh the interest of the public and defendant in a speedy trial.

STIPULATION TO CONTINUE HEARING;
[PROPOSED] ORDER
No. CR 07-00188 JF                    1

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: 07/30/2007 | _____/s/_____ |
| 3 | | NICHOLAS P. HUMY<br>Assistant Federal Public Defender |
| 4 | Dated: 07/31/2007 | _____/s/_____ |
| 5 | | JEFF SCHENK<br>Assistant United States Attorney |

### ORDER

The parties have jointly requested a continuance of the sentencing hearing set for August 1, 2007.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for August 1, 2007 be continued to August ~~22~~ 29, 2007 at 9:00a.m. as well as the period of delay from August 1, 2007, to and including August ~~22~~ 29, 2007, be excluded for purposes of Speedy Trial Act computations pursuant to Title 18, United States Code, Sections 3161(h)(8)(A) and 3161(h)(8)(B)(iv).

Dated: 8/1/07

_____
JEREMY FOGEL
United States District Judge